CORPORATION SERVICE COMPANY

553607

AFFIDAVIT OF SERVICE

STATE OF NEW YORK
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
INDEX # 08 CIV. 3944

------------------------------------------------------------

MARK SARRO,          PLAINTIFF

VS.

BUREAU OF COLLECTION RECOVERY, INC.,          DEFENDANT

------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY               ss:


Minard Carkner being duly sworn, deposes and says that he is over
the age of eighteen (18) years; That on the first day of May,
2008 at 3:43 pm he served the annexed Summons And Complaint In A
Civil Action  Index #08 CIV. 3944, filed 4/28/2008, endorsed
thereto on BUREAU OF COLLECTION RECOVERY, INC.
the defendant in this action, by delivering to and leaving with
Donna Christie an employee of the Office of the Secretary of
the State of New York in the City of Albany, New York, two
(2) copies thereof, and at the time of making said service,
deponent paid the said Secretary of State of New York a fee of
$40.00.  That said service was made pursuant to Section 306
of the Business Corporation Law of the State of New York.

Deponent further says that he knew the person so served as
aforesaid in the Office of the Secretary of the State
of New York to be duly authorized by law to accept such service
on behalf of the named defendant.

_____
Minard Carkner

Sworn to before me this
fifth day of May, 2008.

_____
Johanna Burkhartt, Notary Public
KNV

State of New York - Department of State
Receipt for Service

Receipt #: 200805020178
Date of Service: 05/01/2008
Service Company: 45 CORPORATION SERVICE COMPANY - 45

Cash #: 200805020162
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: BUREAU OF COLLECTION RECOVERY, INC.

Plaintiff/Petitioner:
    SARRO, MARK

Service of Process Address:
BUREAU OF COLLECTION RECOVERY, INC.
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

Secretary of State
By  DONNA CHRISTIE