UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
MARK J. SARRO,

                Plaintiff,                        08 Civ. 3944 (CLB)(LMS)

    -against-

BUREAU OF COLLECTION               NOTICE OF
RECOVERY, INC.,                     VOLUNTARY DISMISSAL

                Defendant.
-----------------------------------------------------X

TO:        CLERK OF THE COURT;
AND TO:   THE HONORABLE CHARLES L. BRIEANT, U.S.D.J.;
AND TO:   DEFENDANT BUREAU OF COLLECTION RECOVERY, INC. AND ITS
             COUNSEL, TRICIA A. OLSEN, ESQ.

       **COMES NOW** Plaintiff Mark J. Sarro and hereby voluntarily dismisses, with prejudice,

the Complaint previously filed in the above-captioned matter. This Notice is issued pursuant to

FRCP 41(a)(1)(i).

       DATED this 1st day of August, 2008.


                          Respectfully Submitted,


                          THE McDONOUGH LAW FIRM, L.L.P.


                          By:   _____
                          Michael J. Raneri, Esq. (MJR 5007)
                          Attorneys for Plaintiff
                          Mark J. Sarro
                          145 Huguenot Street
                          New Rochelle, New York 10801
                          (914) 632-4700
                          Fax (914) 632-3329
                          shimlumtao@aol.com

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury, under the laws of the State of New York, that I am now and at all times herein mentioned, a resident of the State of New York, over the age of 18 years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served in the manner noted copies of the following upon designated counsel:

*NOTICE OF VOLUNTARY DISMISSAL*

Morrison Fenske & Sund, P.A.
5125 County Road 101 – Suite 202
Minnetonka, Minnesota 55345
(952) 975-0050
Fax: (925) 975-0058

☒      Via U.S. Mail, first class, postage prepaid

☐      Via Federal Express, shipping prepaid

☒      Via facsimile

☐      Via legal messenger

☒      Via ECF

DATED this 1st day of August, 2008.

_____
Michael J. Raneri